IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN DOW BARNES**  **PLAINTIFF**
**ADC #146325**

v.   No. 4:23-cv-00454-LPR

**DEANGELO EARL, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 47). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD as its findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for Voluntary Dismissal (Doc. 45) is GRANTED and Plaintiff's Motion to Amend (Doc. 45) is DENIED. Plaintiff's claims are DISMISSED without prejudice. Defendants' Motion for Summary Judgment (Doc. 36) is DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.[1]

IT IS SO ORDERED this 19th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that, if Plaintiff refiles the same action against the same Defendants, Rule 41(d) should be considered as potentially applicable.